UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASPER FORD,

        Plaintiff,

   v.

ADAMS, et al.,

        Defendants.

Case No. 24-cv-06807-EKL

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On April 22, 2025, the Court screened Plaintiff Jasper Ford's complaint and filed an order of dismissal with leave to amend. ECF No. 11. The order warned Ford that the case may be dismissed if he failed to file an amended complaint within 28 days. *Id.* at 5. After the mailing was returned to the Clerk as undeliverable, the Court updated Ford's address and re-sent the order on June 11, 2025. ECF No. 13. More than two months later, the Court has not received an amended complaint, request for extension of time, or any other communication from Ford. Given that Ford failed to comply with Civil Local Rule 3-11 and failed to file an amended complaint, the matter is DISMISSED WITHOUT PREJUDICE. *See WMX Techs. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend); *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 12, 2025

Eumi K. Lee
United States District Judge